| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| BETSY C. MANIFOLD, ESQ. (182450)<br>WOLF HALDENSTEIN, ET AL.<br>750 B Street, Suite 2770<br>San Diego, California 92101 | (619) 239-4599 | |
| Attorneys for:  PLAINTIFFS | Ref. No. Or File No.<br>W2492351 | |
| Insert name of court, judicial district and branch court, if any:<br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | | |
| Plaintiff:<br>SIDNEY FIELDEN, et al. | | |
| Defendant:<br>SiRF TECHNOLOGY HOLDINGS, INC., et al. | | |

| **PROOF OF SERVICE** | Date | Time | Dept/Div | Case Number:<br>08-1104 MHP |
|---|---|---|---|---|

I, Jeff King, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL ACTION; COMPLAINT ; INITIAL CASE MANAGEMENT SCHEDULING ORDER; CASE MANAGEMENT CONFERENCE ORDER; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE; ADR PACKAGE; ECF REGISTRATION; NOTICE OF INTERESTED PARTIES

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

| | |
|---|---|
| Defendant | : SiRF TECHNOLOGY HOLDINGS, INC. |
| By Serving | : BECKY DeGEORGE, Authorized Agent of CSC LAWYERS INCORPORATING, Agent for Service of Process. |
| Address | : 2730 Gateway Oaks Dr. Suite 100 , Sacramento, CA |
| Date & Time | : Tuesday, February 26, 2008 @ 12:38 p.m. |
| Witness fees were | : Demanded but not paid. |

Person serving:
Jeff King
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
 (1) Employee or independent contractor
 (2) Registration No.: 2004-55
 (3) County: Sacramento
 (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: February 27, 2008

Signature: _____
Jeff King


Printed on recycled paper